IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02720-MSK-KMT

MAVERICK COIL TUBING SERVICES, LLC,

    Plaintiff,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal with Prejudice **(#37)** filed July 29, 2010. The Court having reviewed the foregoing:

ORDERS that the Motion is GRANTED. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 29th day of July, 2010.

                **BY THE COURT:**

                Marcia S. Krieger
                United States District Judge